**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for William C Shepherd Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C SHEPHERD JR., <br><br> Plaintiff, <br><br> v <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. SACV15-01530 MRW <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND FIVE HUNDRED FIFTY-THREE DOLLARS and TWENTY-SIX CENTS ($2,553.26), and costs under 28 U.S.C. § 1920 in the amount of CERO DOLLARS  ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: May 26, 2016

_____
THE HONORABLE MICHAEL R WILNER
UNITED STATES MAGISTRATE JUDGE

1